No. 73–44.  MORRISON  v.  FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Motion to dispense with printing petition granted.  Certiorari denied.

No. 73–454.  PHILLIPS PETROLEUM Co. v. ZIEGLER. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari.

No. 73–461.  GRABOWSKI v. NORTHERN FISHING & TRADING CO., INC., ET AL.  C. A. 9th Cir.  Motion of Association of Trial Lawyers of America for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 73–463.  BAKER ET AL., TRUSTEES v. MORGAN GUARANTY TRUST COMPANY OF NEW YORK, TRUSTEE, ET AL.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would grant certiorari.

No. 73–489.  CLARK COUNTY, NEVADA v. TURNER, GUARDIAN.  Sup. Ct. Nev.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied, it appearing that the judgment below rests upon an adequate state ground.

No. 73–538.  SUMBRY ET AL. v. LAND, JUDGE.  Ct. App. Ga.  Certiorari denied.  MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari.